Shah Peerally (CA Bar No: 230818)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Petitioner:  SYEEDA SHAZIA AHTASHAM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| SYEEDA SHAZIA AHTASHAM )<br>)<br>        Plaintiff,    )<br>)<br>vs.    )<br>)<br>Alberto Gonzales, Attorney General of the    )<br>United States; Michael Chertoff, Secretary of the    )<br>Department of Homeland Security; Emilio    )<br>Gonzelez, Director of United States Citizenship &    )<br>Immigration Services; Robert S. Mueller, III,    )<br>Director of the Federal Bureau of Investigations;    )<br>Christina Poulos, Director of the California Service )<br>Center; et al;    )<br>)<br>        Defendants    )<br>_____ ) | Case No. C07-03241 CRB<br><br>CIVIL ACTION<br>TO COMPEL DEFENDANTS<br>TO COMPLETE<br>NATURALIZATION PROCESS<br><br>INS A# 072-479-633 |

**To the Honorable Judges of Northern District of California San Francisco Court:**

Plaintiff, Syeeda Shazia Ahtasham**,** through undersigned counsel, alleges as follows:

**INTRODUCTION**

1.  This is a civil action brought pursuant to 8 U.S.C. § 1447, 28 U.S.C. §1331 and 1361, 5 U.S.C. § 701 and 28 U.S.C. §2201 *et. seq*. to redress the deprivation of rights, privileges and immunities secured to Plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §704.

2.  This action is brought to compel Defendants and those acting under them to take action on a Form N-400, Application for Naturalization, (hereafter "the Application") in order for Plaintiff to become a Naturalized

1  Citizen of the United States. The Application was filed with the United States Citizenship and Immigration
2  California Service Center, California on November 03, 2005 by Syeeda Shazia Ahtasham. Syeeda Shazia
3  Ahtasham was interviewed by an Immigration Officer on March 22, 2006 and successfully passed the English
4  language and history and government tests. (See Ex. 1, Form N-652, Naturalization Interview, for proof of
5  successful passage of both tests). To this day, approximately one year and two months after the interview,
6  Syeeda Shazia Ahtasham still awaits the decision. Certainly more than 120 days have passed since the
7  interview in this matter, thus vesting jurisdiction with this court under 8 U.S.C. § 1447.

3.  Plaintiff is eligible to have her Application adjudicated.

4.  Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services (USCIS), are charged by law with the statutory obligation to adjudicate this Application.

5.  Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this district and no real property is involved in this action.

**FACTS**

6.  Syeeda Shazia Ahtasham is a native and citizen of Pakistan. Syeeda Shazia Ahtasham received her Permanent Resident status after the USCIS formerly INS granted her asylum in the United States. (See Ex. 2, copy of Syeeda Shazia Ahtasham's Resident Alien Card, front and back.)

7.  Syeeda Shazia Ahtasham's Permanent Resident Status was granted on November 09, 1999 (See Ex. 2), and she became statutorily eligible to file Form N-400, Application for Naturalization, on August 9th 2004, four years and nine months after grant of Permanent Resident Status.

8.  Syeeda Shazia Ahtasham filed her Form N-400, Application for Naturalization, with the United States Citizenship and Immigration Naturalization Service Center, California on or about November 03, 2005.

9. Syeeda Shazia Ahtasham was interviewed by an Immigration Officer on March 22, 2006 and successfully passed the English language and history and government tests. (See Ex. 1, Form N-652, Naturalization Interview, for proof of successful passage of both tests). To this day, over one year and two months after the interview, Syeeda Shazia Ahtasham still awaits the decision.

10. Syeeda Shazia Ahtasham changed her address to her present address in Fremont California. Syeeda Shazia Ahtasham duly changed her address with the United States Citizenship and Immigration Services ("USCIS"). (See Ex. 3, Proof of Change of Address form from the USCIS ).

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Plaintiff has exhausted her administrative remedies. Plaintiff has supplied the USCIS and FBI documents that clearly establish her eligibility to be naturalized as a U.S. Citizen.

**CLAIMS**

17. Defendants have willfully and unreasonably have delayed in and have refused to adjudicate the Application, thereby depriving the Plaintiff of the benefit of becoming a Naturalized U.S. Citizen.

18. Defendants owe Plaintiff a duty to adjudicate the Petition and have unreasonably failed to perform that duty.

19. Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff prays that the Court:

1. Assume jurisdiction over the case and naturalize the Plaintiff under the terms of 8 USC 1447(b); or

2. Compel Defendants and those acting under them to perform their duty to adjudicate the Petition; and

3. Grant such other and further relief as this Court deems proper under the circumstances; and

1  4.  Grant Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

2  Respectfully submitted this ____th day of June 2007.

6  Respectfully submitted,

7  Attorney for Plaintiff

9  _____
   Shah Peerally, Esq.
10  Attorney for Plaintiff