**"Exhibit 1"**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A #: 72 439 633

On _____, you were interviewed by USCIS officer **G. Dlouhy**.

☒ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☒ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/_____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony. **You cannot vote or register to vote until you are sworn in as a United States citizen.**

☐ Please take this letter to the Oath Ceremony:

USCIS Officer, check appropriate box(es):                                                                 Officer Initials

_____ Section 312 Waiver        _____ Handicap Applicant        _____ Exempt English Requirements        _____

B) ___X___ A decision cannot yet be made about your application.

It is very important that you:

☒ Notify USCIS if you change your address:
You may notify us of any change in your mailing address by calling 1-800-375-5283. If you do not receive an appointment notice within 90 days from the date of this letter, or to notify us in writing of any change in your mailing address, please write to:

U.S. Citizenship and Immigration Services
P.O. Box 532969
Los Angeles, CA 90053-2969

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

☐ SEE REVERSE

Form N-652 (Rev. 04/14/05)N

# Information Sheet

## General Information

☞ *Applicants and guest are separated during processing. It is a good idea to have the applicant and guest designate a specific location to meet after the ceremony.*


### Courtroom Etiquette

- This is a U.S. District Court proceeding and business attire is strongly suggested. Please do not wear tank tops, shorts, jeans, or hats. Men must wear shirts with a collar. Ties are not required.
- Cellular phones or pagers must be turned off during the ceremony.
- It is suggested that comfortable shoes be worn.


### Bring With You

- Alien Registration Card or temporary evidence of lawful permanent residence, such as an I-94.
- Reentry Permit or Refugee Travel Document.
- Missing Alien Registration Card sworn statement issued to you at the time of your naturalization interview.
- N-445 oath ceremony appointment notice, and this letter.
- A writing pen.


### Military Personnel

- If you are still in active, reserve or National Guard status, please be in proper uniform prescribed by your branch of service, in order to be recognized as a member of the armed forces.


### Handicap Information

- For your convenience, it is recommended that you bring a wheel chair if you cannot stand for long periods of time or walk long distances.
- Form N-652 Naturalization Interview Results, for those people with approved disability waivers.
- You may bring a translator if you are: hearing impaired, or exempt the English requirements.
- Only one additional person may sit with you during the oath ceremony to assist you.

## Site Information

☞ *You will be scheduled for an Oath Ceremony at one of the following sites:*

- **Los Angeles County Fairgrounds ***
  1101 W. Mckinley Ave., Building 4
  Pomona, CA 91768

  Approaching Fairplex on I-10 FWY Westbound
  1. Take the Garey Avenue exit.
  2. Make quick left on Mckinley Avenue.
  3. Follow signs to Fairplex.
  4. Parking is at gate 14.

  Approaching Fairplex on I-10 FWY Eastbound
  1. Take the Fairplex Drive exit.
  2. Make left turn on Fairplex Drive.
  3. Follow signs to Fairplex.
  4. Parking is at gate 14.

- **Montebello Quiet Cannon ***
  901 North Via San Clemente
  Montebello, CA 90640

  Approaching Quiet Cannon on I-60 FWY Westbound
  1. Take the Garfield/Wilcox Avenue exit.
  2. Left on Garfield Avenue.
  3. Right on Via San Clemente.

  Approaching Quiet Cannon on I-60 FWY Eastbound
  1. Take the Garfield/Wilcox Avenue exit.
  2. Right on Garfield Avenue.
  3. Right on Via San Clemente.

- **Los Angeles Convention Center ***
  1201 South Figueroa Street
  Los Angeles, CA 90015

  Approaching the LA Convention Center on I-110 Southbound
  1. Take 6th street exit/Turn right onto South Flower Street.
  2. Turn right onto West Olympic Boulevard.
  3. Turn left onto South Figueroa Street.

  Approaching the LA Convention Center on I-110 Northbound
  1. Take the I-10/Santa Monica Freeway.
  2. Take the Pico Blvd exit/stay straight onto Cherry Street.
  3. Turn right onto West Pico Boulevard.
  4. Turn left onto South Figueroa Street.

ⓘ **Information:**

* Large bags and backpacks are **NOT PERMITTED** at the Oath Ceremony sites.

**Internet Website Address:**
L.A. County Fairgrounds: www.fairplex.com
L.A. Convention Center: www.lacclink.com
National Passport Center: www.travel.state.gov
U.S. Department of Homeland Security: www.dhs.gov
U.S. District Court-Central District: www.cacd.uscourts.gov

📂 **Check the Status of Your Case:**
Case Status online: www.uscis.gov

**"Exhibit 2"**





**"Exhibit 3"**

**SYEEDA AHTASHAM**
**4343 CAHILL ST**
**FREMONT, CA 94538**

Received Date: 19-Jan-2006
Notice Date:
Applicant Name: SYEEDA AHTASHAM
A-Number: 072479633
Main Phone #: 510-068-9452
Second Phone #:

Dear Applicant,

We have processed your change of address request and updated our systems to include your new address. Future correspondence from USCIS regarding your application will be sent to the mailing address on this notice.

**Mailing Address**
4343 CAHILL ST
FREMONT, CA 94538

**Residence Address**
4343 CAHILL ST
FREMONT, CA 94538

Thank you for using our new change of address by phone system. It is one of several new services that the USCIS is offering to improve the naturalization process and increase the satisfaction of our customers.

Internal use Only: Call Number 210331130 (NA) - Sensitive But Unclassified

Form I-797C (Rev. 01/31/05) N