**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SYEEDA SHAZIA AHTASHAM,                        No. C 07-3241CRB

11          Plaintiff,                              **Clerk's Notice**

12      v.

13   ALBERTO GONZALEZ,

14          Defendant.
                                        /
15   _____

16   YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference

17   currently on calendar for 8:30 on October 5, 2007 to **1:30 p.m. on Friday, October 5, 2007** before

18   the Honorable Charles R. Breyer.

19   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,

20   San Francisco, CA  94102.

21

22   Dated: September 5, 2007                       FOR THE COURT,

23                                                  Richard W. Wieking, Clerk

24                                                  By:_____
                                                        Barbara Espinoza
25                                                      Courtroom Deputy

26

27

28