SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYEEDA SHAZIA AHTASHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, Attorney General of the ) <br> United States; MICHAEL CHERTOFF, Secretary ) <br> of the Department of Homeland Security; ) <br> EMILIO GONZALEZ, Director of United States ) <br> Citizenship and Immigration Services; ) <br> ROBERT S. MUELLER, III, Director of the ) <br> Federal Bureau of Investigations; CHRISTINA ) <br> POULOS, Director of the California Service ) <br> Center; et al., ) <br> ) <br> Defendants. ) <br> ) | No. C 07-3241 CRB <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about June 20, 2007. Defendants' answer is currently due on September 7, 2007.

2. Pursuant to this Court's June 20, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on September 28, 2007, and attend a case management conference on October 5, 2007.

Stipulation for Extension
C 07-3241 CRB                                                       1

3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | October 12, 2007 |
| Last day to file Joint ADR Certification: | October 26, 2007 |
| Last day to file/serve Joint Case Management Statement: | November 9, 2007 |
| Case Management Conference: | November 16, 2007, at 8:30 a.m. |

Date: September 6, 2007            Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                          /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants



                          /s/
Date: September 6, 2007        SHAH PEERALLY
Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
CHARLES R. BREYER
United States District Judge

Stipulation for Extension
C 07-3241 CRB                    2