1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6  Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                SAN FRANCISCO DIVISION

12  SYEEDA SHAZIA AHTASHAM,           )
                                      )  No. C 07-3241 CRB
13              Plaintiff,            )
                                      )
14       v.                           )
                                      )  **STIPULATION TO EXTEND DATES;**
15  ALBERTO GONZALES, Attorney General of the )  **and [PROPOSED] ORDER**
United States; MICHAEL CHERTOFF, Secretary )
16  of the Department of Homeland Security;   )
EMILIO GONZALEZ, Director of United States )
17  Citizenship and Immigration Services;     )
ROBERT S. MUELLER, III, Director of the   )
18  Federal Bureau of Investigations; CHRISTINA )
POULOS, Director of the California Service )
19  Center; et al.,                   )
                                      )
20              Defendants.           )
                                      )
21

22       Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to the following:

24       1. Plaintiff filed this action on or about June 20, 2007. Defendants' answer is currently due on

25  September 7, 2007.

26       2. Pursuant to this Court's June 20, 2007 Order Setting Initial Case Management Conference,

27  the parties are required to file a joint case management statement on September 28, 2007, and

28  attend a case management conference on October 5, 2007.

Stipulation for Extension
C 07-3241 CRB                                       1

3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | October 12, 2007 |
| Last day to file Joint ADR Certification: | October 26, 2007 |
| Last day to file/serve Joint Case Management Statement: | November 9, 2007 |
| Case Management Conference: | November 16, 2007, at 8:30 a.m. |

Date: September 6, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: September 6, 2007

_____/s/_____
SHAH PEERALLY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: Sept. 10, 2007

_____
CHARLES R. BREYER
United States District Judge



Stipulation for Extension
C 07-3241 CRB                                      2