1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 SYEEDA SHAZIA AHTASHAM,              )
                                        )   No. C 07-3241 CRB
13                Plaintiff,            )
                                        )
14        v.                            )
                                        )
15 ALBERTO GONZALES, Attorney General of)   **STIPULATION TO DISMISS AND**
   the United States; MICHAEL CHERTOFF, )   ~~[PROPOSED]~~ **ORDER**
16 Secretary of the Department of Homeland)
   Security;                            )
17 EMILIO GONZALEZ, Director of United States)
   Citizenship and Immigration Services;)
18 ROBERT S. MUELLER, III, Director of the)
   Federal Bureau of Investigations; CHRISTINA)
19 POULOS, Director of the California Service)
   Center; et al.,                      )
20                                      )
                  Defendants.           )
21 _____)

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C 07-3241 CRB                            1

| | | |
|---|---|---|
| 1 | Date: October 4, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 8 | Date: October 3, 2007 | _____/s/_____<br>SHAH PEERALLY<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 10, 2007

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Stipulation to Dismiss
C 07-3241 CRB                        2